# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE L. ADDISON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-1563-CJB-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

## REPORT AND RECOMMENDATION

On March 17, 2010, Monica Ferraro filed a motion to withdraw as counsel of record for the plaintiff, Willie L. Addison ("Addison"). She reports that a conscientious examination of the pertinent facts demonstrates that the case is wholly frivolous. Rec. doc. 11. On March 18, 2010, the defendant, Michael J. Astrue, Commissioner of Social Security Administration ("Commissioner"), filed a motion to reopen the case. Rec. doc. 13.

## BACKGROUND

On April 10, 2008, Addison filed a complaint to review a February 13, 2008 decision by the Commissioner. He was represented by Ms. Ferraro. Rec. doc. 1. On August 13, 2008, the Commissioner filed a motion to remand for further action because a significant portion of the November 6, 2006 administrative hearing was inaudible. Rec. doc. 9. The motion was granted. Rec. doc. 10.

Ms. Ferraro reports that: (1) she represented Addison through all phases of adjudication, including hearings before an Administrative Law Judge, a request for review to the Appeals Council and an appeal to this Court; (2) a further hearing was conducted before an ALJ on April 7, 2009; (3)

the ALJ returned an unfavorable decision; and (4) Addison was notified no further appeal would be filed. Ms. Ferraro contends that because the ALJ properly addressed all the issues in Addison's most recent hearing and nonetheless returned another unfavorable decision, any further pursuit of the litigation was frivolous. Rec. doc. 11. The motion to withdraw was served on Addison. He did not submit any opposition to it.

The Commissioner confirms that there was a supplemental hearing on April 7, 2009 and the ALJ issued a decision that Addison was not disabled. A new transcript was certified. Although the Commissioner states that the transcript "is submitted for filing contemporaneously with" the motion, the transcript was not filed. Rec. doc. 13. The Commissioner moves to reinstate the case.

It will be recommended that the motions to withdraw and reinstate be granted. In light of the statement that any further pursuit of the litigation would be frivolous, the record of the administrative proceedings will be reviewed before a scheduling order is issued.

## RECOMMENDATION

IT IS RECOMMENDED that:

1. Monica Ferraro's motion to withdraw as counsel of record (Rec. doc. 11) be granted.
2. The Commissioner's motion to reinstate the case to the Court's active docket (Rec. doc. 13) be granted.
3. The Commissioner be required to file the record of the administrative proceedings within fourteen (14) calendar days of the entry of the order.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar

days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 13th day of May, 2010.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

Clerk to serve via regular mail:

Willie T. Addison
P.O. Box 1713
Independence, LA 70443