UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE L. ADDISON                                   CIVIL ACTION

VERSUS                                              NO: 08-1563-CJB-SS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION

**O R D E R**

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections to the Magistrate Judge's Report and Recommendation were filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. Monica Ferraro's motion to withdraw as counsel of record (Rec. doc. 11) is GRANTED.

2. The motion of Michael J. Astrue, Commissioner of Social Security Administration ("Commissioner") to reinstate the case to the Court's active docket (Rec. doc. 13) is GRANTED.

3. **Within fourteen (14) calendar days of the entry of this order**, the Commissioner shall file the record of the administrative proceedings.

New Orleans, Louisiana, this 1st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve via regular mail:

Willie T. Addison
P.O. Box 1713
Independence, LA 70443