UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE L. ADDISON | CIVIL ACTION |
| VERSUS | NO: 08-1563-CJB-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

**O R D E R**

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections to the Magistrate Judge's Report and Recommendation were filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of the plaintiff, Willie L. Addison, be dismissed with prejudice.

New Orleans, Louisiana, this __13th__ day of __July__, 2010.

_____
UNITED STATES DISTRICT JUDGE